No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Dane E. Rianhard, Respondent, v. M. Bowsky Fur Dressing and Dyeing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Mary J. Simmons, Respondent, v. Mendel Epstein and David Israel, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Annie C. Van Voorhis, Respondent, v. James E. Martin, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, Burr, Thomas, Woodward and Rich, JJ.

Bayside National Bank, Respondent, v. Charles H. Walsh and Emily J. Walsh, Appellants.— Judgment affirmed, by default, with costs. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Michael Dempsey, Respondent, v. Morse Dry Dock and Repair Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

John Fitzgerald, Appellant, v. Brooklyn Union Elevated Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Edward B. Grotte, Respondent, v. George C. Hudson, Appellant.— Judgment affirmed by default, with costs. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Hector M. Hitchings, Respondent, v. Henry Barr and Others, Defendants, Impleaded with Ella B. Rupert, Appellant. (Actions Nos. 1 and 2.) — Orders affirmed by default, with ten dollars costs and disbursements. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

In the Matter of the Application of the City of New York, Respondent, Relative to Acquiring Title, etc., for the Opening and Extending of Butler Avenue, etc., in the Fifth Ward, Borough of Richmond, City of New York. Wood-Harmon Richmond Realty Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

In the Matter of the Application of the City of New York, Appellant, etc., Relative to Acquiring Title, etc., for Ferry Purposes between the Southerly Line of Thirty-eighth Street, etc., in the Borough of Brooklyn, City of New York. David Porter and Thomas P. Graham, Respondents.— Order modified by fixing the taxation of the fees of the claimants, Porter and Graham, at the sum of $4,000 for each, and as thus modified order affirmed, without costs of this appeal. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

In the Matter of the Application of the City of New York, Appellant, etc., Relative to Acquiring Title, etc., for the Improvement of Waterfront of The City of New York for Ferry Purposes between the Southerly Line of Thirty-eighth Street Prolonged, the Southerly Line of Thirty-ninth Street

Prolonged, the Westerly Line of Second Avenue and the Pierhead Line Established by the Secretary of War in 1890 in the Borough of Brooklyn, in The City of New York. William Stone, Respondent.— Order modified by fixing the taxation of the fees of the claimant, Stone, at the sum of $4,000, and as thus modified order affirmed, without costs of this appeal. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

In the Matter of the Judicial Settlement of the Account of George Wood, as Committee of the Estate of Levi Melhado, an Incompetent Person, Respondent. Sara Melhado, as Executrix, etc., and as Residuary Legatee of Levi Melhado, Deceased, Appellant.— Decree and order in so far as appealed from modified by reducing the amount of the additional allowance to the committee from $1,000 to $250, and as thus modified affirmed, without costs. No opinion. Burr, Thomas, Carr and Woodward, JJ., concurred; Hirschberg, J., voted to affirm.

Harry C. Lohman, Respondent, v. Judson H. Paddock, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Aaron Lubash, Respondent, v. Charles A. Sigmond, Appellant.— Appeal dismissed by default, with ten dollars costs. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Aaron Lubash, Respondent, v. Charles A. Sigmond Realty Company, Appellant.— Appeal dismissed by default, with ten dollars costs. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Mary Lutkins, Respondent, v. Theodore L. Lutkins, Jr., Appellant.— Judgment modified by reducing the payment of alimony to the sum of $15 per week and by reducing the penal amount of the bond to $5,000, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Donato Rizzo, Appellant.— Judgment of conviction of the County Court of Kings county affirmed by default. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Isidore Switsky, Appellant.— Judgment of conviction of the County Court of Kings county affirmed by default. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Andrew Savarese, Respondent, v. Mary Gordon, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

John J. Shanahan, Respondent, v. Charles L. Feltman, Appellant.— Appeal dismissed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

James A. Sheehan, Respondent, v. Edward L. Somerville, Appellant.— Judgment affirmed by default, with costs. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Ida A. Starbuck, as Administratrix, etc., of Henry Starbuck, Deceased, Respondent, v. The Erie Railroad Company, Appellant.— Order affirmed,